**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Christie Lynn Richitelli, Respondent

v.

Scott Schanen Vaughn, and Minor Girl Adoptee,

of whom Scott Schanen Vaughn is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2025-000693

———————

Appeal From Greenwood County
Joseph C. Smithdeal, Family Court Judge

———————

Unpublished Opinion No. 2025-UP-363
Submitted October 23, 2025 – Filed October 27, 2025

———————

**AFFIRMED**

———————

Melinda Inman Butler, of The Butler Law Firm, of Union, for Appellant.

Curtis G. Clark, of A Business Law Firm, and Clarence Rauch Wise, both of Greenwood, for Respondent.

Michelle Duncan Powers, of Powers Law, LLC, of Greenwood, as the Guardian ad Litem.

**PER CURIAM:**  Scott Schanen Vaughn appeals the family court's final order terminating his parental rights to his minor child (Child) and granting Child's adoption by Christie Lynn Richitelli.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2025).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Vaughn's counsel.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and VINSON and CURTIS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.